```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK RIENKE, | *E-FILED - 1/26/06* |
| Plaintiff, | CIVIL NO. 04-02279 RMW |
| v. | STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay TWO THOUSAND TWO HUNDRED TWENTY SEVEN DOLLARS AND TWENTY FIVE CENTS ($2,227.25), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. [1] The check is to be payable to plaintiff's counsel:

> TERRY LAPORTE
> 125 SOUTH MARKET ST., SUITE 1075
> SAN JOSE, CA 95113
> (408) 293-8810; FAX (408) 292-7673
> tlaporte@ix.netcom.com

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not

---

1/. This amount includes costs.

constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

  3. Payment of the TWO THOUSAND TWO HUNDRED TWENTY SEVEN DOLLARS AND TWENTY FIVE CENTS ($2,227.25) EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this court action.

Dated: January 5, 2006         /s/
                 TERRY LAPORTE
                 Attorney for Plaintiff

                 KEVIN V. RYAN
                 United States Attorney

Dated: January 6, 2006        By: /s/
                 SARA WINSLOW
                 Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 1/21/06           /s/ Ronald M. Whyte
                 RONALD M. WHYTE
                 United States District Judge

REINKE, EAJA STIP (nl)
C 04-02279 RMW          2