*E-filed*: 1/21/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK REINKE,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner, Social Security Administration,<br><br>        Defendant. | No. C-04-2279 RMW<br><br>ORDER RE MOTION FOR ATTORNEY"S FEES UNDER 42 U.S.C. §406(b) |

Plaintiff filed a motion for an award of attorney's fees under 42 U.S.C. §406(b). Specifically, plaintiff's counsel seeks an award of $8,000 in attorney's fees for successfully representing plaintiff in obtaining an award of $83,909.50 in past-due benefits.

The motion is based on Section 406(b) and a 25 percent contingent-fee agreement between counsel and client. The fee agreement submitted with the motion, however, was entered into after the completion of the case and after past-due benefits had been awarded. Although it recites that it is a contingent fee agreement, the express terms establish that there is nothing contingent about the agreement. Instead, it is a fixed fee agreement, after the results were known, pursuant to which the client has agreed to pay counsel in excess of $542 per hour, so that counsel's fees would be $8,000.

---

[1] Michael J. Astrue became Commissioner of the Social Security Administration on February 1, 2007. Pursuant to Ruled 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is hereby substituted for Jo Anne B. Barnhart as the Defendant in this matter.

ORDER 04-2279 RMW
TER

Counsel has not, however, offered any evidence to establish the terms of the attorney-client fee agreement entered into at the outset of his representation.

Accordingly, plaintiff's counsel is directed to submit to the court a copy of the fee agreement entered into at the outset of the case, or if none exists, then a declaration to explain the terms of the fee agreement originally entered into between client and counsel at the outset of the case and to explain how such an agreement differs in any material respect from the written agreement executed on January 7, 2008 which has been submitted to the court.

Plaintiff's counsel shall file this supplemental evidence on or before January 29, 2010.

DATE: 1/21/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

Terry LaPorte

terry@terrylaporte.com


**Counsel for Defendant:**

**Nancy Marie Lisewski**
nancy.lisewski@ssa.gov

**Sara Winslow**
sara.winslow@usdoj.gov

Date:   1/21/10                              TER
                                             Chambers of Judge Whyte

ORDER 04-2279 RMW
TER                             3